On motion to dismiss appeal filed November 10, 1922, appeal dismissed January 9, 1923.

# PORTLAND v. JEAN MARTIN.

(211 Pac. 800.)

From Multnomah: ROBERT G. MORROW, Judge.

In Banc.

For the motion, *Mr. Frank S. Grant*, City Attorney, and *Mr. R. A. Imlay*, Deputy City Attorney.

*Contra, Mr. Paul M. Long* and *Mr. Morris A. Goldstein*.

BEAN, J.—Respondents move to dismiss this appeal for want of jurisdiction. This case is identical with that of the *City of Portland* v. *White ante*, p. 169 (207 Pac. 798), in which an opinion has this day been rendered. For the reasons stated in the opinion in the latter case this appeal is dismissed.

DISMISSED.